1032

ALTON MAGEE, *Respondent,* v. WALLY BROUNER,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 840949, Oluf Johnsen, J. Pro Tem., entered
April 25, 1979. *Affirmed* by unpublished opinion per
Williams, J., concurred in by James, A.C.J., and Andersen,
J.

THE STATE OF WASHINGTON, *Respondent,* v. FRANK
LEE FORD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88148, Liem E. Tuai, J., entered May 3, 1979.
*Affirmed* by unpublished opinion per James, A.C.J., con-
curred in by Williams and Andersen, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. VERNON L.
RIGGINS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89104, George H. Revelle, J., entered May 11,
1979. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Callow, C.J., and Dore, J.

THE STATE OF WASHINGTON, *Respondent,* v.
GLENN HANNAHS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. J–87056, David W. Soukup, J., entered May 4,
1979. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Callow, C.J., and Dore, J.